UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case: 0:19-cv-62813-RNS

JANET SERA

    Plaintiff,

v.

ANDRUE, PALMA, LAVIN & SOLIS, PLLC

    Defendant.

_____/

## ANSWER AND AFFIRMATIVE DEFENSES

COMES NOW, Defendant, ANDRUE, PALMA, LAVIN & SOLIS, PLLC, ("Defendant"), by and through its undersigned counsel, and hereby answers Plaintiff's Complaint as follows:

1. Admitted Plaintiff seeks redress under the FDCPA and FCCPA; denied Plaintiff is entitled to any relief thereunder.

2. Admitted for jurisdictional purposes only; otherwise denied.

3. Admitted for jurisdictional purposes only; otherwise denied.

4. Admitted Plaintiff is a natural person; otherwise, Defendant is without sufficient knowledge and/or information to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint.

5. Admitted.

6. Admitted engages in interstate commerce by regularly using the telephone and mail; otherwise, Defendant is without sufficient knowledge and/or information to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint.

7. Defendant is without sufficient knowledge and/or information to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint.

8. Admitted, Plaintiff requests a trial by jury.

9. Defendant is without sufficient knowledge and/or information to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint.

10. Defendant is without sufficient knowledge and/or information to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint.

11. Defendant is without sufficient knowledge and/or information to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint.

12. Defendant is without sufficient knowledge and/or information to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint.

13. Defendant is without sufficient knowledge and/or information to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint.

14. Defendant is without sufficient knowledge and/or information to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint.

15. Defendant is without sufficient knowledge and/or information to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint.

16. Defendant is without sufficient knowledge and/or information to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint.

17. Admitted Exhibit "A" speaks for itself; otherwise, Defendant is without sufficient knowledge and/or information to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint.

18. Defendant is without sufficient knowledge and/or information to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint.

19. Defendant is without sufficient knowledge and/or information to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint.

20. Defendant is without sufficient knowledge and/or information to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

## COUNT I

25. Defendant re-incorporates paragraphs 1 through 24 as if fully restated herein.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

31. Admitted *Anselmi v. Shendell & Associates, P.A*. 2014 WL 5471111 at *3 (S.D. Fla. 2014) states what it state; otherwise, denied.

32. Denied.

33. Denied.

## COUNT II

34. Defendant re-incorporates paragraphs 1 through 24 as if fully restated herein.

35. Denied.

## COUNT III

36. Defendant re-incorporates paragraphs 1 through 24 as if fully restated herein.

37. Denied.

38. Denied.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Defendant asserts that if it is assumed, *arguendo*, that Defendant violated a statute as alleged in Plaintiff's Complaint, which presupposition Defendant denies, such violation was not negligent or intentional, and resulted from a *bona fide* error, notwithstanding the maintenance of procedures reasonably adapted to avoid any such error.

### SECOND AFFIRMATIVE DEFENSE

Defendant asserts, without admitting any liability whatsoever, the Plaintiff's claims may be barred in whole or in part by the applicable statute of limitations found under in the FDCPA and/or FCCPA.

Respectfully submitted by:

 /s/ Dale T. Golden
DALE T. GOLDEN, ESQ.
Florida Bar No.: 0094080
 /s/ Charles J. McHale
CHARLES J. MCHALE, ESQ.
Florida Bar No.: 0026555
**GOLDEN SCAZ GAGAIN, PLLC**
201 North Armenia Avenue
Tampa, Florida 33609-2303
Phone: (813) 251-5500
Fax: (813) 251-3675
dgolden@gsgfirm.com
cmchale@gsgfirm.com
Counsel for Defendant