UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case: 0:19-cv-62813-RNS

JANET SERA

    Plaintiff,

v.

ANDRUE, PALMA, LAVIN & SOLIS, PLLC

    Defendant.
_____/

**Notice of Pendency of Other Actions**

    In accordance with Local Rule, Defendant ANDREU, PALMA, LAVIN & SOLIS, PLLC ("Defendant") hereby certify that the instant action:

___     IS          related to pending or closed civil criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_X_    IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State Court, or administrative agency.

    I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: December 11, 2019

Respectfully submitted,

/s/ Dale T. Golden
Dale T. Golden, Esq.
FBN:  0094080
/s/ Charles J. McHale
Charles J. McHale, Esq.
FBN:  0026555
**GOLDEN SCAZ GAGAIN, PLLC**
201 North Armenia Avenue
Tampa, Florida 33609-2303
Phone:  (813) 251-5500
Direct:  (813) 251-3632
Fax:  (813) 251-3675
dgolden@gsgfirm.com
cmchale@gsgfirm.com